WILLIAM BOOKSTAVER, *as Administrator, etc., Respondent, v.* NORMAN W. BROWN, *Appellant, Impleaded, etc..*— Judgment affirmed, with costs.

SUSAN LATHAM, *Appellant, v.* HARRIET BOVEE and others, *Respondents.*— Judgment affirmed, with costs.

THE TRUSTEES OF CANANDAIGUA ACADEMY, *Respondents, v.* JAMES McKECHNIE and another, *Appellants.*— Judgment affirmed, with costs, on the opinion of Mr. Justice RUMSEY at Special Term. SMITH, P. J., not sitting.

DANIEL SOURWINE and another, *Respondents, v.* GEORGE TRUSCOTT, *Appellant.*— Order denying new trial reversed, and new trial ordered in the Erie County Court, costs to abide event. *Held,* that the County Court on adjudging the damages to be excessive could only order a new trial; it had no power to order judgment for a reduced sum, the damages being unliquidated, and the jury being the only tribunal by whom the amount of the damages could be fixed. (18 N. Y., 522; 38 id., 178; 69 id., 468; 17 Hun, 338.)

TIMOTHY W. SKINNER, *Trustee, etc., Appellant, v.* BEMAN BROCKWAY, *Respondent.*— Judgment affirmed, with costs.

MARGARET E. CUYLER *v.* JOHN V. CRANE. — New trial denied and judgment ordered for defendant on the verdict. *Held,* that the parol agreement on the part of the plaintiff to permit the defendant's assignor to put in and harvest a crop of wheat was founded on a sufficient consideration, the agreement having been made for the purpose of rectifying a mutual mistake in the lease; that the agreement is not within the statute avoiding every contract not to be performed in one year from the time of making it (1 Seld., 464; 6 Hun, 562; S. C., aff'd, 70 N. Y., 181); and that the summary proceedings were void for want of jurisdiction, as the affidavit which was the foundation for the proceedings did not show that the premises were situated within the jurisdiction of the justice (4 Keyes, 59), nor that the affiant was the agent of the landlord.

WILLIAM P. DECKER, *Plaintiff in Error, v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendant in Error.*— Conviction and judgment reversed, and proceedings remitted to the Court of Sessions of Allegany county to proceed thereon. *Held,* that as no plea was put in by the defendant, except the special plea that was overruled, it was error to impose sentence without any admission of guilt by the defendant, or without proof of the same (2 R. S., 730, § 70). *Held,* also, that the plea was properly overruled, and the motion in arrest was properly denied.